**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7126**

---

RICHARD WADE KENDRICK,

> Petitioner - Appellant,

> v.

L. EDMONDS, Warden,

> Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:21-cv-00505-JPJ-PMS)

---

Submitted:  February 7, 2023                     Decided:  February 14, 2023

---

Before KING, AGEE, and QUATTLEBAUM, Circuit Judges.

---

Dismissed and remanded by unpublished per curiam opinion.

---

Richard Wade Kendrick, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Wade Kendrick seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate all of the claims raised in the petition. Specifically, the court failed to address Kendrick's claims that his attorneys provided ineffective assistance by failing to assert his speedy trial rights prior to trial and failing to assert the denial of his right to a speedy trial during his trial or on appeal. We therefore conclude that the order Kendrick seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and remand to the district court for consideration of the unresolved claims.[*]

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*

---

[*] We express no opinion on the merits of these claims.

2